# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

### NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT INFORMATION FORM

**Select all that apply:**

| | |
|---|---|
| ☐ MDL No. 2187 \| In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation | ☑ MDL No. 2325 \| In Re American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation |
| ☐ MDL No. 2326 \| In Re Boston Scientific Corp. Pelvic Repair System Products Liability Litigation | ☐ MDL No. 2327 \| In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| ☐ MDL No. 2387 \| In Re Coloplast Corp. Pelvic Support Systems Products Liability Litigation | ☐ MDL No. 2440 \| In Re Cook Medical, Inc., Pelvic Repair System Products Liability Litigation |

**Civil Action Number (SDWV):** See Attachment "A"
(To be filed electronically in each member case noted. DO NOT FILE IN MAIN MDL CASE.)

Please Print or Type Below

## ATTORNEY INFORMATION

Check One: ☑ Plaintiff Counsel  ☐ Defense Counsel  ☐ Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Baggett | D. | Renee | |

| Bar Number and State: | E-Mail Address: |
|---|---|
| 0038186 - Florida | rbaggett@awkolaw.com |

**Party Representing:**
See Attachment "A"

| Originating Case Number: See Attachment "A" | Originating District: USDC, Southern District of West Virginia |
|---|---|

**Originating Short-Case Style:** See Attachment "A"

| Direct Dial Number: (850) 202-1010 | Cell Phone Number: |
|---|---|
| Secretary Name: Betsy Williams | Paralegal Name: Patti Green; Melissa Burton |

## LAW FIRM INFORMATION

**Firm Name:** Aylstock, Witkin, Kreis & Overholtz, PLLC

**Address:** 17 E. Main Street, Suite 200

| City: Pensacola | State: Florida | Zip: 32502 |
|---|---|---|

| Firm Phone Number: (850) 202-1010 | Firm Fax Number: (850) 916-7449 |
|---|---|

**Other members of firm involved in this litigation:**
Bryan F. Aylstock, Douglass A. Kreis

| 12/24/2013 | s/ D. Renee Baggett |
|---|---|
| Date | Electronic Signature |

Rev. 06/13

ATTACHMENT "A"
AMS MDL 2325-SDWV:

| Civil Action Number | Party Representing: | Originating Case Number | Originating Short-Case Style |
|---|---|---|---|
| 2:13-cv-28355 | Glenda Daniel | 2:13-cv-28355 | Daniel v. American Medical Systems, Inc. |
| 2:13-cv-28356 | Pamela Davis | 2:13-cv-28356 | Davis v. American Medical Systems, Inc. |
| 2:13-cv-28357 | Sheryl Miller | 2:13-cv-28357 | Miller v. American Medical Systems, Inc. |
| 2:13-cv-28358 | Shirley Patti | 2:13-cv-28358 | Patti v. American Medical Systems, Inc. |
| 2:13-cv-28359 | Teresa Roberts | 2:13-cv-28359 | Roberts v. American Medical Systems, Inc. |
| 2:13-cv-28361 | Alica Silva | 2:13-cv-28361 | Silva v. American Medical Systems, Inc. |
| 2:13-cv-28363 | Sharon Sisco | 2:13-cv-28363 | Sisco v. American Medical Systems, Inc. |
| 2:13-cv-28362 | Minnie Smith | 2:13-cv-28362 | Smith v. American Medical Systems, Inc. |
| 2:13-cv-28364 | Linda Stull | 2:13-cv-28364 | Stull v. American Medical Systems, Inc. |
| 2:13-cv-28365 | Janna Swanson | 2:13-cv-28365 | Swanson v. American Medical Systems, Inc. |
| 2:13-cv-28926 | Laura Neet | 2:13-cv-28926 | Neet v. American Medical Systems, Inc. |
| 2:13-cv-29901 | Steighner, Beverly | 2:13-cv-29901 | Steighner v. American Medical Systems, Inc. |
| 2:13-cv-29905 | Teller, Elizabeth | 2:13-cv-29905 | Teller v. American Medical Systems, Inc. |
| 2:13-cv-29910 | Urban, Maria | 2:13-cv-29910 | Urban v. American Medical Systems, Inc. |
| 2:13-cv-29904 | Tackett, Cathy | 2:13-cv-29904 | Tackett v. American Medical Systems, Inc. |
| 2:13-cv-29915 | Welch, Lisa | 2:13-cv-29915 | Welch v. American Medical Systems, Inc. |
| 2:13-cv-29913 | Vitale, Vivi Joy | 2:13-cv-29913 | Vitale v. American Medical Systems, Inc. |
| 2:13-cv-29903 | Stevens, Imogene | 2:13-cv-29903 | Stevens v. American Medical Systems, Inc. |
| 2:13-cv-29907 | Thatcher, September | 2:13-cv-29907 | Thatcher v. American Medical Systems, Inc. |
| 2:13-cv-29912 | Vamvas, Beverly | 2:13-cv-29912 | Vamvas v. American Medical Systems, Inc. |
| 2:13-cv-29917 | Wheat, Christi | 2:13-cv-29917 | Wheat v. American Medical Systems, Inc. |
| 2:13-cv-29181 | Smith, Carol | 2:13-cv-29181 | Smith v. American Medical Systems, Inc. |

| Civil Action Number | Party Representing: | Originating Case Number | Originating Short-Case Style |
|---|---|---|---|
| 2:13-cv-29178 | Price, Darlene | 2:13-cv-29178 | Price v. American Medical Systems, Inc. |
| 2:13-cv-29166 | Davey, Alfreda | 2:13-cv-29166 | Davey v. American Medical Systems, Inc. |
| 2:13-cv-29167 | Henley, Lana | 2:13-cv-29167 | Henley v. American Medical Systems, Inc. |
| 2:13-cv-29168 | Lasseigne, Antoinette | 2:13-cv-29168 | Lasseigne v. American Medical Systems, Inc. |
| 2:13-cv-29169 | Neal, Wendy | 2:13-cv-29169 | Neal v. American Medical Systems, Inc. |
| 2:13-cv-29171 | Orton, Linda | 2:13-cv-29171 | Orton v. American Medical Systems, Inc. |
| 2:13-cv-29173 | Peña, Lori | 2:13-cv-29173 | Peña v. American Medical Systems, Inc. |
| 2:13-cv-29176 | Perez, Marsha | 2:13-cv-29176 | Perez v. American Medical Systems, Inc. |
| 2:13-cv-28363 | Sisco, Sharon | 2:13-cv-28363 | Sisco v. American Medical Systems, Inc. |
| 2:13-cv-29183 | Spitzer, Diane | 2:13-cv-29183 | Spitzer v. American Medical Systems, Inc. |